BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS; ALISHA CURTIN; DAKOTA ADELPHIA; MICHAEL SCHWARTZ; DARIN PRINCE; NORTH COUNTY SHOOTING CENTER, INC.; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the California Department of Justice Bureau of Firearms,<br><br>*Defendants*. | Case No.:  3:23-cv-00793-LAB-WVG<br><br>**DECLARATION OF STEPHEN M. DUVERNAY RE: PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Stephen M. Duvernay, declare:

1. I am an attorney, licensed to practice law in the State of California, and an attorney with the law firm of Benbrook Law Group, PC, counsel of record for Plaintiffs in this matter. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. On May 2, 2023, I e-mailed true and correct copies of the (1) complaint, (2) cover sheet, and (3) summonses directed to each Defendant to four Deputy Attorneys General in the California Department of Justice's Government Law Section. In that e-mail, I requested that the attorneys confirm whether Defendants would accept electronic service of the materials.

3. Deputy Attorney General Megan Richards responded and confirmed that Defendants would accept electronic service. Attached as <u>Exhibit 1</u> is a true and correct copy of our e-mail exchange.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct to the best of my knowledge.

s/ Stephen M. Duvernay

Stephen M. Duvernay

# EXHIBIT 1

**Subject:** RE: Richards v. Bonta; S.D. Cal. Case No. 3:23-cv-00793-LAB-WVG
**Date:** Tuesday, May 2, 2023 at 9:42:06 AM Pacific Daylight Time
**From:** Megan Richards
**To:** Steve Duvernay, John D. Echeverria, Lizzy Watson, Sebastian Brady

Good morning Steve,

We will accept this complaint by electronic service.

Megan Richards
Deputy Attorney General
Department of Justice
Government Law Section
1300 I Street
Sacramento, California 95814
916-210-7739
Megan.Richards@doj.ca.gov

---

**From:** Steve Duvernay <Steve@benbrooklawgroup.com>
**Sent:** Tuesday, May 2, 2023 9:17 AM
**To:** John D. Echeverria <John.Echeverria@doj.ca.gov>; Lizzy Watson <Elizabeth.Watson@doj.ca.gov>; Megan Richards <Megan.Richards@doj.ca.gov>; Sebastian Brady <Sebastian.Brady@doj.ca.gov>
**Subject:** Richards v. Bonta; S.D. Cal. Case No. 3:23-cv-00793-LAB-WVG

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Here is a courtesy copy of a lawsuit my office filed yesterday afternoon that challenges the constitutionality of California's waiting period laws. Let me know if your office is authorized to accept electronic service; if not, we'll arrange for hand delivery tomorrow.

Sincerely,

Steve

**Stephen Duvernay**
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, CA  95825
(916) 447-4900
steve@benbrooklawgroup.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.