ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
SEBASTIAN BRADY
Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 3:23-CV-00793 <br><br> **NOTICE OF APPEARANCE** <br><br> Judge: Hon. Larry Alan Burns <br> Trial Date: n/a <br> Action Filed: May 1, 2023 |

1    PLEASE TAKE NOTICE that Deputy Attorney General Robert L. Meyerhoff
2  hereby enters his appearance as counsel for Defendants Rob Bonta, in his official
3  capacity as Attorney General of the State of California, and Allison Mendoza, in
4  her official capacity as the Director of the Bureau of Firearms, in this action. Mr.
5  Meyerhoff is a member of the State Bar of California and is admitted to practice in
6  the Southern District of California. His contact information is as follows:

>   Robert L. Meyerhoff
>   300 South Spring Street, Suite 1702
>   Los Angeles, CA  90013-1230
>   Telephone:  (213) 269-6177
>   Fax:  (916) 731-2144
>   E-mail:  Robert.Meyerhoff@doj.ca.gov

Dated:  May 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
SEBASTIAN BRADY
Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

## CERTIFICATE OF SERVICE

Case Name:  **Richards, et al., v. Bonta, et al.**    No.  **3:23-cv-00793**

I hereby certify that on May 15, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 15, 2023, at Los Angeles, California.

Robert Leslie Meyerhoff
Declarant

*Robert M*
Signature