```
 1  ROB BONTA
    Attorney General of California
 2  MARK R. BECKINGTON
    Supervising Deputy Attorney General
 3  ROBERT L. MEYERHOFF
    Deputy Attorney General
 4  SEBASTIAN BRADY
    Deputy Attorney General
 5  State Bar No. 330904
     455 Golden Gate Avenue, Suite 11000
 6   San Francisco, CA  94102-7004
     Telephone:  (415) 510-3592
 7   Fax:  (415) 703-5480
     E-mail:  Sebastian.Brady@doj.ca.gov
 8  Attorneys for Defendant Rob Bonta in his
    official capacity as Attorney General of
 9  California and Allison Mendoza in her
    official capacity as Director of the Bureau of
10  Firearms
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| CLAIRE RICHARDS, ET AL., | 3:23-CV-00793 |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Judge: Hon. Larry Alan Burns |
| ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL., | Trial Date: n/a |
| | Action Filed: May 1, 2023 |
| Defendants. | |

PLEASE TAKE NOTICE that Deputy Attorney General Sebastian Brady hereby enters his appearance as counsel for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as the Director of the Bureau of Firearms, in this action. Mr. Brady is a member of the State Bar of California and is admitted to practice in the Southern District of California. His contact information is as follows:

| | | |
|---|---|---|
| 1 | Sebastian Brady | |
| 2 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 | |
| 3 | Telephone:  (415) 510-3592<br>Fax: (415) 703-5480 | |
| 4 | E-mail:  Sebastian.Brady@doj.ca.gov | |

Dated:  May 15, 2023                                         Respectfully submitted,

                                                                                                                                                                                                                                                                                                       

Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Robert L. Meyerhoff
Deputy Attorney General


*/s/ Sebastian Brady*
Sebastian Brady
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

SA2023302579
43706977.docx

# CERTIFICATE OF SERVICE

Case Name: **Richards, Claire, et al. v. Rob Bonta, et al.**

Case No. **3:23-CV-00793**

I hereby certify that on May 15, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 15, 2023, at San Francisco, California.

|  |  |
|---|---|
| Sebastian Brady | /s/ *Sebastian Brady* |
| Declarant | Signature |

SA2023302579
43708975.docx