1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  SEBASTIAN BRADY
   Deputy Attorney General
4  ROBERT L. MEYERHOFF
   Deputy Attorney General
5  State Bar No. 298196
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
7   Fax:  (916) 731-2144
    E-mail:  Robert.Meyerhoff@doj.ca.gov
8  *Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, ET AL.,**<br><br>                                   Plaintiffs,<br><br>           v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL.,**<br><br>                                  Defendants. | Case No. 3:23-CV-00793<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Judge:         Hon. Larry Alan Burns<br>Trial Date:    n/a<br>Action Filed:  May 1, 2023 |

Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as the Director of the Bureau of Firearms (Defendants), submit their answer in response to Plaintiffs' Complaint for Declaratory and Injunctive Relief (the Complaint) (Dkt. No. 1). Defendants hereby answer the Complaint, in paragraphs that correspond to the Complaint's paragraphs, as follows:[1]

## INTRODUCTION[2]

1. <u>Paragraph No. 1.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

2. <u>Paragraph No. 2.</u>  Defendants admit that California law, subject to certain exceptions, imposes a 10-day waiting period before a firearm can be released to a purchaser or transferee and that a purchaser or transferee not subject to any exception must return to a firearms dealer to take possession of the firearm. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

3. <u>Paragraph No. 3.</u>  The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

4. <u>Paragraph No. 4.</u>  The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

---

[1] The following responses to each paragraph include responses to any footnotes that may be contained in the relevant paragraph.

[2] For the convenience of the Court and the parties, Defendants utilize certain headings as set forth in the Complaint. In doing so, Defendants neither admit nor deny any allegations that may be suggested by the Complaint's headings.

5. <u>Paragraph No. 5.</u>  Defendants lack sufficient information or belief to respond to the allegations as to Plaintiffs' wishes, and on that basis deny that allegation. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

6. <u>Paragraph No. 6.</u>  The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

7. <u>Paragraph No. 7.</u>  The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

8. <u>Paragraph No. 8.</u>  The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

9. <u>Paragraph No. 9.</u>  The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

10. <u>Paragraph No. 10.</u>  The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

11. <u>Paragraph No. 11.</u>  The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

**THE PARTIES**

12. <u>Paragraph No. 12.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

13. <u>Paragraph No. 13.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

14. <u>Paragraph No. 14.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

15. <u>Paragraph No. 15.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

16. <u>Paragraph No. 16.</u>  Defendants admit that Plaintiffs Richards, Curtin, Adelphia, and Schwartz are thereinafter in the Complaint collectively referred to as the "Individual Plaintiffs."

17. <u>Paragraph No. 17.</u>  Defendants admit that North County Shooting Center, Inc. is a currently active firearms dealer listed on the Centralized List of Firearm Dealers. Defendants deny that they "license[]" firearms dealers. Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every such allegation.

18. <u>Paragraph No. 18.</u>  Defendants admit that Darin Prince has a certificate of eligibility associated with North County Shooting Center, Inc. Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every such allegation.

19. <u>Paragraph No. 19.</u>  Defendants admit that PWGG LP dba Poway Weapons & Gear, PWG Range is a currently active firearms dealer listed on the Centralized List of Firearm Dealers. Defendants deny that they "license[]" firearms dealers. Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every such allegation.

20. <u>Paragraph No. 20.</u>  Defendants admit that John Phillips has a certificate of eligibility associated with PWGG LP dba Poway Weapons & Gear, PWG Range.

Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every such allegation.

21. <u>Paragraph No. 21.</u>  Defendants admit that Plaintiffs Prince, Phillips, NCSC, and PWG are thereinafter in the Complaint collectively referred to as the "Dealer Plaintiffs." The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every such allegation.

22. <u>Paragraph No. 22.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

23. <u>Paragraph No. 23.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

24. <u>Paragraph No. 24.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

25. <u>Paragraph No. 25.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

26. <u>Paragraph No. 26.</u>  Defendants admit that Plaintiffs SDCGO, CGF, FPC, and SAF are thereinafter in the Complaint referred to as the "Institutional Plaintiffs." Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every allegation.

27. <u>Paragraph No. 27.</u> Defendants admit that Rob Bonta is the Attorney General of the State of California, that he is the chief law officer of California and has various duties under California law, and that he is sued in his official capacity.

1  Defendants further admit that the Department of Justice maintains an office in San
2  Diego, California. Defendants further admit that the Bureau of Firearms is charged
3  with regulation and enforcement actions regarding the manufacture, sale,
4  ownership, safety training, and transfer of firearms and ammunition, and that the
5  Department of Justice and the Bureau of Firearms regulate and enforce state laws
6  related to the sale, transfer, possession, and ownership of firearms. The remaining
7  allegations in this paragraph consist of legal arguments and contentions that require
8  no response, but to the extent a response is required, Defendants deny each and
9  every such allegation.

10      28.   Paragraph No. 28.  Defendants admit that Allison Mendoza is the
11  Director of the Bureau of Firearms, that, as a member of the Department of Justice,
12  she reports to the Attorney General, and that she is sued in her official capacity.
13  Defendants further admit that the Bureau of Firearms is part of the Division of Law
14  Enforcement and that the Division of Law Enforcement is part of the Department of
15  Justice. The remaining allegations in this paragraph consist of legal arguments and
16  contentions that require no response, but to the extent a response is required,
17  Defendants deny each and every such allegation.

## JURISDICTION AND VENUE

19      29.   Paragraph No. 29.  The allegations in this paragraph consist of legal
20  argument and contentions and authorities that require no response, but to the extent
21  a response is required, Defendants deny each and every such allegation.

22      30.   Paragraph No. 30.  The allegations in this paragraph consist of legal
23  argument and contentions and authorities that require no response, but to the extent
24  a response is required, Defendants deny each and every such allegation.

## STATEMENT OF FACTS AND ALLEGATIONS

### *The Regulatory Scheme*

27      31.   Paragraph No. 31.  Defendants admit that, generally, firearms purchases
28  and transfers in California must be made through a dealer on the Centralized List of

Firearms Dealers. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

32. <u>Paragraph No. 32.</u>  Defendants admit that California law, subject to certain exceptions, imposes a 10-day waiting period before a firearm can be released to a purchaser or transferee. Defendants deny that they "license[]" firearms dealers. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

33. <u>Paragraph No. 33.</u>  This paragraph contains allegations that cite a statutory provision, which speaks for itself. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

34. <u>Paragraph No. 34.</u>  Defendants admit that DROS is a web-based application used by firearms dealers to report the sale, loan, transfer, redemption, and acquisition of handguns and long guns to the Bureau of Firearms, and that it can be accessed at https://des.doj.ca.gov. Defendants deny that they "license[]" firearms dealers. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

35. <u>Paragraph No. 35.</u>  This paragraph contains allegations that cite a statutory provision, which speaks for itself. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

36. <u>Paragraph No. 36.</u>  This paragraph contains allegations that cite a statutory provision, which speaks for itself. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

37. <u>Paragraph No. 37.</u>  This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

38. <u>Paragraph No. 38.</u>  Defendants admit the allegations in this paragraph.

39. <u>Paragraph No. 39.</u>  This paragraph contains allegations that cite legal authorities and statutory provisions, which speak for themselves. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

40. <u>Paragraph No. 40.</u>  This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

41. <u>Paragraph No. 41.</u>  This paragraph contains allegations that cite a statutory provision, which speaks for itself. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

42. <u>Paragraph No. 42.</u>  Defendants admit that the district court in *Silvester v. Harris*, 41 F.Supp.3d 927 (E.D. Cal. 2014), determined that in 2013, DOJ processed 960,179 DROS applications, with 7,371 denials; that from 1991 to 2013 there had consistently been a DROS application approval rate near 99%; and that 20% of applications were "auto-approved." The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

43. <u>Paragraph No. 43.</u>  Defendants admit that California law, subject to certain exceptions, imposes a 10-day waiting period before a firearm can be released to a purchaser or transferee. The remaining allegations in this paragraph

consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

44. <u>Paragraph No. 44.</u> Defendants deny that no modification of the DROS system would be required if the 10-day waiting period was not enforced. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

***Impact of Defendants' Enforcement of Waiting Period Laws on Plaintiffs***

45. <u>Paragraph No. 45.</u> Defendants lack sufficient information or belief to respond to the allegations as to Plaintiffs' purchase, ownership, and possession of firearms and as to Plaintiffs' desires, and on that basis deny those allegations. The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

46. <u>Paragraph No. 46.</u> The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

47. <u>Paragraph No. 47.</u> Defendants lack sufficient information or belief to respond to the allegations regarding the membership of the "Institutional Plaintiffs." The remaining allegations in this paragraph consist of legal arguments and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

48. <u>Paragraph No. 48.</u> Defendants admit that Plaintiffs PWG and NCSC are firearm dealers listed in the DOJ's Centralized List of Firearms Dealers. Defendants lack sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis deny each and every allegation.

//
//

### *The Right to Keep and Bear Arms*

49. Paragraph No. 49. The allegations in this paragraph consist of legal argument and contentions and legal authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

50. Paragraph No. 50. The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

51. Paragraph No. 51. The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

52. Paragraph No. 52. The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

53. Paragraph No. 53. The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

54. Paragraph No. 54. The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

55. Paragraph No. 55. The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

56. Paragraph No. 56. The allegations in this paragraph consist of legal argument and contentions that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

### *California Law Exempts Several Favored Classes from the Waiting Period*

57. Paragraph No. 57. This paragraph contains allegations that cite statutory

provisions, which speak for themselves. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

58. Paragraph No. 58. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendants deny any allegations that misstate the law. To the extent that a further response is required, Defendants deny each and every other allegation.

59. Paragraph No. 59. The allegations in this paragraph consist of legal argument and contentions and authorities that require no response, but to the extent a response is required, Defendants deny each and every such allegation.

## COUNT I

### (42 U.S.C. § 1983)

### RIGHT TO KEEP AND BEAR ARMS

### U.S. CONST., AMENDS. II AND XIV

60. Paragraph No. 60. Defendants incorporate by reference the answers in Paragraphs 1 through 59 above.

61. Paragraph No. 61. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

62. Paragraph No. 62. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

63. Paragraph No. 63. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

64. <u>Paragraph No. 64.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

65. <u>Paragraph No. 65.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

66. <u>Paragraph No. 66.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

67. <u>Paragraph No. 67.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

68. <u>Paragraph No. 68.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

69. <u>Paragraph No. 69.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

70. <u>Paragraph No. 70.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

71. <u>Paragraph No. 71.</u>  Defendants lack sufficient information or belief to respond to the allegations in this paragraph, and on that basis deny each and every allegation.

72. <u>Paragraph No. 72.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

73. <u>Paragraph No. 73.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

**COUNT II**

**42 U.S.C. §1983**

**EQUAL PROTECTION**

**U.S. CONST., AMEND XIV**

74. <u>Paragraph No. 74.</u>  Defendants incorporate by reference the answers in Paragraphs 1 through 73 above.

75. <u>Paragraph No. 75.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

76. <u>Paragraph No. 76.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

77. <u>Paragraph No. 77.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

Defendants. To the extent that a response is required, Defendants deny each and every allegation.

78. <u>Paragraph No. 78.</u>  This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

79. <u>Paragraph No. 79.</u>  This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendants. To the extent that a response is required, Defendants deny each and every allegation.

Defendants deny that Plaintiffs are entitled to the relief set forth in the Prayer for Relief immediately following paragraph 79, or to any relief whatsoever. To the extent that the Prayer for Relief states any allegations, Defendants deny them.

In addition, without admitting any allegations contained in the complaint, Defendants assert the following defenses based on information and belief:

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims in this action are barred in that Plaintiffs do not have standing to bring them.

### THIRD AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is improper as Plaintiffs have an adequate remedy at law.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint, and every cause of action therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

### FIFTH AFFIRMATIVE DEFENSE

To the extent that Defendants have undertaken any conduct with regard to the subjects and events underlying Plaintiffs' Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants have not knowingly or intentionally waived any applicable affirmative defense. Defendants reserve the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. Defendants further reserve the right to amend the Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

WHEREFORE, Defendants pray that:

1. Plaintiffs take nothing by reason of the Complaint;
2. Judgment be entered in favor of Defendants;
3. Defendants be awarded costs incurred in defending this action; and
4. Defendants be awarded such further relief that the Court may deem just and proper.

//
//

| | | |
|---|---|---|
| 1 | Dated: May 23, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | SEBASTIAN BRADY<br>Deputy Attorney General |

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

# CERTIFICATE OF SERVICE

Case Name:  **Richards, et al., v. Bonta, et al.**      No.  **3:23-cv-00793**

I hereby certify that on May 23, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 23, 2023, at Los Angeles, California.

Robert Leslie Meyerhoff
Declarant

*Robert M.*
Signature