UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:23-cv-00793-LAB-AHG<br><br>**NOTICE AND ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　IT IS ORDERED that a counsel-only Case Management Conference ("CMC") of your case will be held on **July 11, 2023** at **1:15 p.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. The Court orders as follows:

　　　　1.　　The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **June 21, 2023**.

　　　　2.　　Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **July 5, 2023**.

　　　　3.　　The parties must file a Joint Case Management Statement by **July 6, 2023**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which

1

3:23-cv-00793-LAB-AHG

can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

4. By **July 6, 2023**, each party must submit to the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) the names and email addresses of all attendees. Counsel are required to attend; clients are welcome, but not required. Court staff will then send out the Zoom invitation to all attendees.

5. All participants shall display the same level of professionalism during the CMC and be prepared to devote their full attention to the CMC as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

6. Counsel are advised that although the CMC will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: June 6, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge