Rob Bonta
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General
Robert L. Meyerhoff
Deputy Attorney General
Sebastian Brady
Deputy Attorney General
State Bar No. 330904
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3592
 Fax:  (415) 703-5480
 E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claire Richards, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Rob Bonta, in his official capacity as Attorney General of California, et al.,<br><br>Defendants. | 3:23-CV-00793<br><br>**JOINT MOTION FOR EXTENSION OF TIME**<br><br>Judge:          Hon. Larry Alan Burns<br>Trial Date:     n/a<br>Action Filed:  May 1, 2023 |

Plaintiffs and Defendants hereby jointly move this Court to extend by 60 days the current December 11, 2023 deadline for fact discovery.  This is their first such request.  Both parties consent to this request, which need not impact subsequent deadlines in the Court's July 11, 2023 Scheduling Order.  Good cause exists for this request.  In support of this Joint Motion, both parties state as follows:

1. This Court entered a scheduling order in this matter on July 11, 2023.  In

1

that order, the Court set a deadline for the close of fact discovery of December 11, 2023.

2. On August 31, 2023, Defendant Rob Bonta, in his official capacity as Attorney General of California, served twenty-four (24) discovery requests on Plaintiffs.  This case involves the first post-*Bruen* challenge to California's Waiting Period Laws, and thus those requests required several weeks to prepare.  In addition, during this period, Robert Meyerhoff, lead counsel for Defendants, prepared for and took seven depositions as part of expedited Rule 56(d) discovery in another case.  And during this period, co-counsel for Defendants, Sebastian Brady, had two answering briefs due in the United States Court of Appeals for the Ninth Circuit, one on July 21, 2023 and one on August 16, 2023.  In between these filings, he also had a previously scheduled two-week international vacation.

3. Defendant's discovery requests include one set of interrogatories and one set of requests for production for each of the 12 Plaintiffs, totaling nearly 150 requests for production and nearly 140 interrogatories.  Plaintiffs' 24 separate sets of responses are currently due October 2, 2023.

4.  Because of the breadth of these discovery requests and the commitments imposed by deadlines in other cases, as well as the complex and novel issues presented by this case, Plaintiffs' counsel on September 11, 2023 requested an additional 30 days to respond to Defendant's 24 discovery requests, to November 1, 2023. Specifically, during this period Plaintiffs' counsel completed expedited

briefing on remand from the Fifth Circuit regarding a universal (nationwide) preliminary injunction in *Mock v. Garland*, N.D. Tex. Case No. 4:23-cv-00095-O; has an oral argument scheduled for October 11 in the Fourth District Court of Appeal in *Barba v. Bonta*, No. D081194; and has upcoming deadlines for amicus brief filings in the Supreme Court of the United States and the Supreme Court Kansas.

    5.  Defendants' counsel has no objection in principle to granting this extension and wishes to consent as a matter of professional courtesy.  However, an extension to November 1, 2023 would leave Defendants' counsel with only 40 days—including Columbus Day, Veterans Day, and the Thanksgiving holiday—to resolve any disputes or deficiencies with Plaintiffs' responses; prepare, serve, and receive responses to follow-up any discovery requests; engage in any motion practice, if necessary; and then prepare for and conduct several depositions before the December 11, 2023 close of fact discovery.

    6.  Consequently, Defendants' counsel cannot consent to Plaintiffs' counsel's requested extension absent an extension of the close of fact discovery.  Moreover, because the current close of discovery immediately precedes the winter holidays and because Plaintiffs plan to issue discovery themselves, a 60-day extension of fact discovery is necessary.

    For the foregoing reasons, the parties request that the Court extend the close of fact discovery by 60 days.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2023 | Respectfully submitted, |
| 2 | BENBROOK LAW GROUP, PC | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | */s Stephen M. Duvernay* | ROBERT L. MEYERHOFF<br>Deputy Attorney General |
| 5 | BRADLEY A. BENBROOK<br>STEPHEN M. DUVERNAY | |
| 6 | *Attorneys for Plaintiffs* | |
| 7 | | */s Sebastian Brady*<br>SEBASTIAN BRADY |
| 8 | | Deputy Attorney General<br>*Attorneys for Rob Bonta, in his official* |
| 9 | | *capacity as Attorney General of California* |
| 10 | | |
| 11 | SA2023302579 | |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***Richards, Claire, et al. v. Rob Bonta, et al.*** | Case No. | **3:23-CV-00793** |

I hereby certify that on <u>September 20, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION FOR EXTENSION OF TIME**
2. **DECLARATION OF ROBERT L. MEYERHOFF IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 20, 2023</u>, at San Francisco, California.

M. Mendiola
Declarant

*[Signature]*
Signature

SA2023302579
43887608.docx