ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6177
 Fax: (916) 731-2144
 E-mail: Robert.Meyerhoff@doj.ca.gov
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Rob Bonta, in his official
capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, ET AL.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL.,**<br><br>Defendants. | 3:23-CV-00793<br><br>**DECLARATION OF ROBERT L. MEYERHOFF IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME**<br><br>Judge:  Hon. Larry Alan Burns<br>Trial Date:  n/a<br>Action Filed:  May 1, 2023 |

I, Robert L. Meyerhoff, declare:

1. I am a Deputy Attorney General for the California Department of Justice.

2. I am the lead attorney assigned to this matter.  Assisting me in this matter is Deputy Attorney General Sebastian Brady.

3. In the weeks after the Court's July 11, 2023 Scheduling Order, I prepared for and took seven depositions as part of expedited Rule 56(d) discovery in another

1

case.

4.  I have been informed and on that basis believe that Mr. Brady had two answering briefs due in the United States Court of Appeals for the Ninth Circuit, one on July 21, 2023 and one on August 16, 2023.  In between these filings, he also had a previously scheduled two-week international vacation.

5.  I have been informed and on that basis believe that Plaintiffs' counsel is unable to complete responses to our 24 discovery requests by the current October 2, 2023 deadline because of the press of other matters, including an oral argument before the California Court of Appeal and multiple filing deadlines.

7.  While Defendants wish to grant Plaintiffs' counsel the 30-day extension they requested as a matter of professional courtesy, the 40 days between this extended deadline and the current December 11, 2023 close of fact discovery is unlikely to allow for enough time to resolve any disputes or deficiencies with Plaintiffs' responses; prepare, serve, and receive responses to follow-up discovery requests; engage in any motion practice, if necessary; and then prepare for and conduct several depositions.

8.  Therefore, good cause exists for a 60-day extension of the fact discovery deadline.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 20, 2023

2

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


*/s Robert L. Meyerhoff*
ROBERT L. MEYERHOFF
SEBASTIAN BRADY
Deputy Attorneys General
*Attorneys for Rob Bonta, in his official capacity as Attorney General of California*

SA2023302579

Robert L. Meyerhoff Decl. ISO Joint Motion for Extension of Time  (3:23-CV-00793)