Rob Bonta
Attorney General of California
Mark R. Beckington
Paul Stein
Supervising Deputy Attorneys General
Robert L. Meyerhoff
Deputy Attorney General
Sebastian Brady
Deputy Attorney General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Claire Richards, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**Rob Bonta, in his official capacity as Attorney General of California, et al.,**<br><br>                Defendants. | 3:23-CV-00793<br><br>**JOINT MOTION FOR ENTRY OF [PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Judge:        Hon. Larry Alan Burns<br>Trial Date:   n/a<br>Action Filed: May 1, 2023 |

    Plaintiffs and Defendants have agreed to a [Proposed] Stipulated Protective Order, which complies with Local Rule 7.2 and this Court's Civil Pretrial Procedures, and hereby jointly move this Court to enter the [Proposed] Stipulated Protective Order attached hereto.

1

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2023 | Respectfully submitted, |
| 2 | BENBROOK LAW GROUP, PC | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>PAUL STEIN |
| 4 | */s Stephen M. Duvernay*<br>STEPHEN M. DUVERNAY | Supervising Deputy Attorneys General<br>ROBERT L. MEYERHOFF |
| 5 | *Attorney for Plaintiffs* | Deputy Attorney General |
| 6 | | |
| 7 | | */s Sebastian Brady*<br>SEBASTIAN BRADY |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

Case Name:  *Richards, Claire, et al. v. Rob Bonta, et al.*     Case No.   3:23-CV-00793

I hereby certify that on December 21, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION FOR ENTRY OF [PROPOSED] STIPULATED PROTECTIVE ORDER**
- **[PROPOSED] STIPULATED PROTECTIVE ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 21, 2023, at San Francisco, California.

| K. Figueroa-Lee | |
| --- | --- |
| Declarant | Signature |

SA2023302579
44003453.docx