BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS; ALISHA CURTIN; DAKOTA ADELPHIA; MICHAEL SCHWARTZ; DARIN PRINCE; NORTH COUNTY SHOOTING CENTER, INC.; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the California Department of Justice Bureau of Firearms, <br><br> *Defendants.* | Case No.:  3:23-cv-00793-LAB-WVG <br><br> **STIPULATION BY ALL PARTIES FOR VOLUNTARY DISMISSAL OF PLAINTIFF CLAIRE RICHARDS** <br><br> **Fed. R. Civ. Proc. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Claire Richards; Alisha Curtin; Dakota Adelphia; Michael Schwartz; Darin Prince; North County Shooting Center, Inc.; John Phillips; PWGG, L.P.; San Diego County Gun Owners PAC; California Gun Rights Foundation; Firearms Policy Coalition, Inc.; and Second Amendment Foundation; and Defendants Rob Bonta, in his official capacity as Attorney General of California; and Allison Mendoza, in her official capacity as Director of the California Department of Justice Bureau of Firearms stipulate as follows:

1.     Plaintiff Claire Richards may, and hereby does, voluntarily dismiss her claims without prejudice against Defendants in this action, which has no effect on the remaining Plaintiffs' claims in this matter.

2.     No party is entitled to or shall seek any attorneys' fees or costs relating to the dismissal of Plaintiff Richards, which has no effect on the remaining parties' rights to seek recovery of attorneys' fees or costs against each other for the remainder of this action, if appropriate.

Dated:  January 22, 2024                BENBROOK LAW GROUP, PC

                                        By  s/ Stephen M. Duvernay
                                          STEPHEN M. DUVERNAY
                                          Attorneys for Plaintiffs

Dated:  January 22, 2024                ROB BONTA
                                        Attorney General of California
                                        MARK R. BECKINGTON
                                        Supervising Deputy Attorney General
                                        ROBERT L. MEYERHOFF
                                        Deputy Attorney General

                                        By  s/ Sebastian Brady
                                          SEBASTIAN BRADY
                                          Deputy Attorney General
                                          Attorneys for Defendants Attorney
                                          General Rob Bonta and Director Allison
                                          Mendoza, in their official capacities