UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS; et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; et al.,<br><br>                              Defendants. | Case No.:   23-cv-793-LAB-AHG<br><br>**ORDER OF DISMISSAL OF PLAINTIFF CLAIRE RICHARDS**<br>**[Dkt. 16]** |

On January 22, 2024, the parties jointly filed a stipulation to voluntary dismiss without prejudice Plaintiff Claire Richards's claims against Defendants. (Dkt. 16). Dismissal of Richards's claims has no effect on the remaining Plaintiffs' claims in this matter. (*Id.* at 1). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Richards's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate Plaintiff Claire Richards from this case.

**IT IS SO ORDERED**.

Dated: January 26, 2024

_Larry A. Burns_
Honorable Larry Alan Burns
United States District Judge