ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; et al.,**<br><br>                      Defendants. | 3:23-cv-00793-LAB-AHG<br><br>**JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HOLD IN ABEYANCE OTHER PRE-TRIAL DEADLINES**<br><br>Judge:        The Honorable Andrew G. Schopler<br>Trial Date:   n/a<br>Action Filed:  May 1, 2023 |

Plaintiffs and Defendants hereby jointly move this Court for an order holding in abeyance all pending trial-related deadlines and setting the following briefing schedule and corresponding page limits for dispositive motions:

- Plaintiffs' Motion for Summary Judgment:  July 26, 2024; 25 pages.
- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment:  August 23, 2024; 25 pages.

1

- Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment: September 20, 2024; 15 pages.
- Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment and Joint Statement of Undisputed Facts: October 18, 2024; 15 pages.
- Motions Hearing: November 15, 2024.

The parties have met and conferred about this request, consent to this request, and agree that good cause exists for the granting of this request. In support of this Joint Motion, both parties state as follows:

1. On September 21, 2023, Magistrate Judge Goddard issued the First Amended Scheduling Order in this matter. ECF No. 13. Under that Order, pretrial motions—including dispositive motions—are due on June 26, 2024. The Order also sets out various pretrial deadlines, including mandatory settlement conferences and a pretrial conference with Judge Burns, who was then assigned to this matter.

2. Having now completed extensive fact and expert discovery, both parties believe that they are likely to prevail on summary judgment, and the granting of either motion would fully resolve all claims in this action, rendering moot all pretrial deadlines. At a minimum, any ruling on the upcoming motions for summary judgment may provide helpful guidance to the parties in preparing pretrial documents, including by narrowing the issues of fact and law for trial, if necessary. In the interest of judicial economy, the parties respectfully suggest that all deadlines and hearing dates apart from those related to dispositive motions be held in abeyance until resolution of the parties' motions for summary judgment, to be reset if necessary.

3. Moreover, extending the deadline for dispositive motions as described above will ensure that the parties may address any application in this case of the Supreme Court's forthcoming decision in *United States v. Rahimi*, No. 22-915.

*Rahimi*, like this case, involves a Second Amendment claim under the text-and-history standard for Second Amendment claims in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022).  Accordingly, the parties respectfully request that the initial briefing deadline be set not earlier than July 26, 2024.

    5.  The parties have not previously requested continuances or extensions of these deadlines.  They previously requested and obtained an extension of fact discovery.  ECF No. 12.

| | |
|---|---|
| Dated:  May 30, 2024 | Respectfully submitted, <br><br> ROB BONTA <br> Attorney General of California <br> MARK R. BECKINGTON <br> PAUL STEIN <br> Supervising Deputy Attorneys General <br> ROBERT L. MEYERHOFF <br> Deputy Attorney General <br><br> */s Sebastian Brady* <br> SEBASTIAN BRADY <br> Deputy Attorney General <br> *Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms* |
| Dated:  May 30, 2024 | Respectfully submitted, <br><br> BENBROOK LAW GROUP, P.C. <br> BRADLEY A. BENBROOK <br><br> */s Stephen M. Duvernay* <br> STEPHEN M. DUVERNAY <br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

Case Name: **_Richards, Claire, et al. v. Rob Bonta, et al._**    Case No. **3:23-cv-00793-LAB-AHG**

I hereby certify that on May 30, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HOLD IN ABEYANCE OTHER PRE-TRIAL DEADLINES**

2. **DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HOLD IN ABEYANCE OTHER PRE-TRIAL DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 30, 2024, at San Francisco, California.

M. Mendiola
Declarant

_M. Mendiola_
Signature

SA2023302579
44178985.docx