ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE RICHARDS, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, et al.,<br><br>                        Defendants. | 3:23-CV-00793<br><br>**DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE AND HOLD IN ABEYANCE OTHER PRE-TRIAL DEADLINES**<br><br>Judge:        Hon. Andrew G. Schopler<br>Trial Date:   n/a<br>Action Filed:  May 1, 2023 |

I, Sebastian Brady, declare:

1. I am a Deputy Attorney General for the California Department of Justice.

2. I am assigned to this matter along with Deputy Attorney General Robert L. Meyerhoff.

1

Sebastian Brady Decl. ISO Joint Motion to Set Briefing Schedule  (3:23-CV-00793)

3. The parties have been diligently litigating this case. Fact discovery involved substantial written discovery and eight depositions. Expert discovery produced several expert reports and materials spanning hundreds of pages.

4. The parties are now preparing to file cross-motions for summary judgment. Both parties believe that they are likely to prevail on summary judgment—in either case, resolving all claims in this action and rendering moot all pretrial deadlines—and that complying with the pre-trial deadlines is likely to unnecessarily tax the Court's time and resources. At a minimum, the parties agree that any ruling on the upcoming motions for summary judgment may provide helpful guidance to the parties in preparing pretrial documents, including by narrowing the issues of fact and law for trial, if necessary.

5. Moreover, as explained in the Joint Motion, the Supreme Court's forthcoming decision in *United States v. Rahimi*, No. 22-915, will likely provide guidance on the proper framework for addressing Plaintiffs' Second Amendment claims. Although it is unclear precisely when this decision will be issued, past practice suggests it will be issued by the end of June or early July.[1]

5. I have a pre-planned international vacation and will be out of the office from June 29, 2024 to July 6, 2024. Counsel for Plaintiffs has informed me that he plans to be out of the office during this same period.

---

[1] *See* SCOTUSBlog, *FAQs: Announcements of Orders and Opinions*, https://www.scotusblog.com/faqs-announcements-of-orders-and-opinions/.

2

Sebastian Brady Decl. ISO Joint Motion to Set Briefing Schedule  (3:23-CV-00793)

8. Therefore, good cause exists to hold the non-dispositive motion deadlines in abeyance pending resolution of the parties' upcoming cross-motions for summary judgment and set the briefing schedule for dispositive motions as laid out in the Joint Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
Deputy Attorney General

*/s Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

3

Sebastian Brady Decl. ISO Joint Motion to Set Briefing Schedule  (3:23-CV-00793)