BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA CURTIN; DAKOTA ADELPHIA; MICHAEL SCHWARTZ; DARIN PRINCE; NORTH COUNTY SHOOTING CENTER, INC.; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the California Department of Justice Bureau of Firearms,<br><br>*Defendants*. | Case No.: 3:23-cv-00793-AGS-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

To all parties and their attorneys of record:

Please take notice that on November 15, 2024 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew G. Schopler, Courtroom 5C of the United States District Court, Southern District of California, 221 West Broadway, San Diego, CA, Plaintiffs will and hereby do move the Court for an order granting summary judgment to Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This motion is made on the grounds that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law as follows:

As to Count I in Plaintiffs' Complaint for Declaratory and Injunctive Relief: California's Waiting Period Laws set forth in California Penal Code §§ 26815 and 27540, and Defendants' regulations, policies, and enforcement practices implementing those statutes, abridge the right to keep and bear arms secured by the Second Amendment to the United States Constitution.

As to Count II in Plaintiffs' Complaint for Declaratory and Injunctive Relief: Defendants' enforcement of the Waiting Period Laws set forth in California Penal Code §§ 26815 and 27540—and the numerous exceptions to them—violate Plaintiffs' right to equal protection under the law as guaranteed by the Fourteenth Amendment to the United States Constitution, in that California law favors the classes of people enumerated above by not subjecting them to the same waiting-period laws applicable to ordinary citizens.

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, the joint statement of undisputed facts to be filed by the parties, and upon any further matters the Court deems appropriate.

Plaintiffs respectfully request that the Court enter judgment in their favor and grant them such other and further relief as the Court may deem proper.

1 | Dated: July 26, 2024

BENBROOK LAW GROUP, PC

By s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs