BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHA CURTIN; DAKOTA ADELPHIA; MICHAEL SCHWARTZ; DARIN PRINCE; NORTH COUNTY SHOOTING CENTER, INC.; JOHN PHILLIPS; PWGG, L.P.; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the California Department of Justice Bureau of Firearms,<br><br>*Defendants*. | Case No.: 3:23-cv-00793-AGS-AHG<br><br>**DECLARATION OF STEPHEN M. DUVERNAY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

I, Stephen M. Duvernay, declare:

1. I am one of the attorneys for Plaintiffs Alisha Curtin, et al. in the matter of *Curtin v. Bonta*, S.D. Cal. No. 3:23-cv-793. I make this declaration in support of Plaintiffs' Motion for Summary Judgment. I make the statements of fact in this declaration of my own personal knowledge. If called as a witness in this proceeding, I could and would testify competently to the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of Defendant Attorney General Rob Bonta's Response to Special Interrogatories, Set One, as served November 27, 2023 on my office.

3. In response to Special Interrogatories 1 through 11, Defendant provided figures regarding the California Department of Justice's processing of Dealer's Record of Sale ("DROS") applications for the purchase or transfer of firearms from 2014 through November 16, 2023. I relied on these responses to prepare the representative DROS figures identified in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment. The percentage values were calculated using Microsoft Excel's arithmetic operators.

4. Specifically, Plaintiffs' brief asserts the following:

- Over the 10-year period ending in 2023, California processed 9.3 million DROS applications. Of those applications, 14.4% were "auto-approved."

- 97.5% of DROS applications were approved within 10 days (only 1.1% required analysis beyond the 10-day window). As noted in the brief, these figures exclude 2020, when DOJ delayed approximately 220,000 DROS transactions beyond the 10-day waiting period in the early days of the COVID-19 pandemic due to purported logistical difficulties and staff shortages. With 2020 included, DOJ approved 95.2% of applications in the 10-day period and 3.43% of applications were delayed for further review.

- Overall, 98% of all DROS applications were approved.

5. These figures are true and correct based on the calculations I performed that are reflected in the Excel spreadsheet described in paragraph 3 above.

6. My office will serve a true and correct copy of the native spreadsheet reflecting these calculations on Defendant's counsel contemporaneous with the filing of Plaintiffs' motion for summary judgment, and we will provide the same to the Court upon request.

7. These summaries are admissible under Federal Rule of Evidence 1006, which "allow[s] the use of summaries . . . when the summaries would be useful to the judge and jury." *United States v. Rizk*, 660 F.3d 1125, 1130 (9th Cir. 2011) (quoting *Davis & Cox v. Summa Corp.*, 751 F.2d 1507, 1516 (9th Cir. 1985)). "When a chart or summary of evidence 'does not contain complicated calculations requiring the need of an expert for accuracy, no special expertise is required in presenting the chart,' and thus a lay witness may establish the foundation for admission of the summary evidence under Rule 1006." *Terry v. City of San Diego*, 2011 WL 1897491, at *7 (S.D. Cal. May 18, 2011) (citation omitted).

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct.

Executed on July 26, 2024.

s/Stephen M. Duvernay
STEPHEN M. DUVERNAY