1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   PAUL STEIN
3  Supervising Deputy Attorneys General
   ROBERT L. MEYERHOFF
4  SEBASTIAN BRADY
   Deputy Attorneys General
5  State Bar No. 330904
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA 94102-7004
    Telephone: (415) 510-3592
7   Fax: (415) 703-5480
    E-mail: Sebastian.Brady@doj.ca.gov
8  *Attorneys for Defendant Rob Bonta, in his*
   *official capacity as Attorney General of the*
9  *State of California, and Defendant Allison*
   *Mendoza, in her official capacity as Director*
10 *of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, ET AL.,** | 3:23-cv-00793-AGS(AHG) |
| Plaintiffs, | **DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL.,** | Date: November 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler<br>Action Filed: May 1, 2023 |
| Defendants. | |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 15, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Andrew G. Schopler in Courtroom 5C of the United States District Court for the Southern

District of California, located at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza in her official capacity as Director of the Bureau of Firearms, shall cross-move, and hereby do cross-move, this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56(a).  Defendants bring this cross-motion because, as there is no genuine dispute as to any material fact, Plaintiffs' challenges to the laws regulating the timing of the delivery of purchased firearms, *see* California Penal Code sections 26815, 26950, 26965, 27000, 27005, 27050, 27055, 27060, 27065, 27115, 27140, 27540, 27600, 27605, 27610, 27615, 27650, 27665, 27715, 27740, 27745, and 27750, fail as a matter of law under the Second and Fourteenth Amendments to the United States Constitution.  This cross-motion is based on this notice of cross-motion and cross-motion; the accompanying memorandum of points and authorities (which also serves as Defendants' opposition to Plaintiffs' motion for summary judgment); the concurrently filed Declarations of Sebastian Brady and Rachel Lin; the pleadings and papers on file in this action; and upon such further evidence, both oral and documentary, as may be offered at the time of the hearing on the cross-motion.

| | | |
|---|---|---|
| 1 | Dated: August 23, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>PAUL STEIN |
| 4 | | Supervising Deputy Attorneys General<br>ROBERT L. MEYERHOFF |
| 5 | | Deputy Attorney General |
| 7 | | */s Sebastian Brady*<br>SEBASTIAN BRADY |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendant Rob Bonta, in* |
| 9 | | *his official capacity as Attorney*<br>*General of the State of California, and* |
| 10 | | *Defendant Allison Mendoza, in her*<br>*official capacity as Director of the* |
| 11 | | *Bureau of Firearms* |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Richards, Claire, et al. v. Rob Bonta, et al.** | Case No. | **3:23-cv-00793-LAB-AHG** |

I hereby certify that on <u>August 23, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
3. **DECLARATION OF SEBASTIAN BRADY IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**
4. **DECLARATION OF RACHEL LIN IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 23, 2024</u>, at Los Angeles, CA.

| | |
|---|---|
| J. Sissov | /s/ J. Sissov |
| Declarant | Signature |

SA2023302579