1   ROB BONTA
    Attorney General of California
2   MARK R. BECKINGTON
    PAUL STEIN
3   Supervising Deputy Attorneys General
    ROBERT L. MEYERHOFF
4   SEBASTIAN BRADY
    Deputy Attorneys General
5   State Bar No. 330904
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3592
7     Fax:  (415) 703-5480
      E-mail:  Sebastian.Brady@doj.ca.gov
8   *Attorneys for Defendant Rob Bonta in his
    official capacity as Attorney General of the*
9   *State of California and Defendant Allison
    Mendoza in her official capacity as Director*
10  *of the Bureau of Firearms*

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15

16  **CLAIRE RICHARDS, et al.,**              3:23-cv-00793-AGS(AHG)

17                          Plaintiffs,       **JOINT MOTION TO CONTINUE
                                              HEARING DATE AND EXTEND**
18       **v.**                              **DEADLINE FOR JOINT
                                              STATEMENT OF UNDISPUTED**
19  **ROB BONTA, in his official capacity    FACTS**
    as Attorney General of California, et**
20  **al.,**                                 Judge:       The Honorable Andrew
                                                           G. Schopler
21                          Defendants.       Trial Date:  n/a
                                              Action Filed:  May 1, 2023
22

23       Plaintiffs and Defendants hereby jointly move this Court for an order (1)

24  continuing the hearing date on the Cross-Motions for Summary Judgment to

25  December 5, 2024, and (2) extending the deadline for filing a Joint Statement of

26  Undisputed Facts from October 18, 2024, to November 12, 2024.  The parties have

27  met and conferred about this request, consent to this request, and agree that good

28
                                         1

cause exists for the granting of this request.  In support of this Joint Motion, both parties state as follows:

1.  On May 31, 2024, the Court granted the parties' Joint Motion to Set Summary Judgment Briefing Schedule and Hold in Abeyance Other Pre-Trial Deadlines.  ECF No. 20.  Under that order, Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment and the parties' Joint Statement of Undisputed Facts are both due on October 18, 2024, and a hearing on the cross-motions is set for November 15, 2024.

2.  Given the extensive record in this case and the parties' desire and ongoing efforts to reach agreement on a comprehensive joint statement of undisputed facts without the need for this Court's intervention, the parties request that the deadline for filing a joint statement of undisputed facts be extended to November 12, 2024. The proposed extension to November 12 is needed in part because counsel for Defendants will be out of the country for a funeral in late October and early November.  This extension will not extend the time for Defendants to file their Reply in Support of Defendants' Cross-Motion for Summary Judgment, currently due October 18, 2024.

3.  Additionally, because of intervening personal and professional commitments, counsel for Plaintiffs is no longer able to attend the November 15, 2024, hearing date.  Counsel have conferred and jointly request that the hearing date be continued to December 5, 2024, or some date thereafter convenient for the Court.

Dated:  October 9, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
Deputy Attorney General

*/s Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta in his official capacity as Attorney General of the State of California and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

Dated:  October 9, 2024

Respectfully submitted,

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK

*Stephen M. Duvernay*
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

3

# CERTIFICATE OF SERVICE

Case Name:   ***Richards, Claire, et al. v. Rob Bonta, et al.***          Case No.     **3:23-cv-00793-AGS-AHG**

I hereby certify that on <u>October 9, 2024,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION TO CONTINUE HEARING DATE AND EXTEND DEADLINE FOR JOINT STATEMENT OF UNDISPUTED FACTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 9, 2024,</u> at San Francisco, California.

| | |
|---|---|
| M. Mendiola | *M. Mendiola* |
| Declarant | Signature |

SA2023302579