ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
SEBASTIAN BRADY
Deputy Attorney General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3592
  Fax: (415) 703-5480
  E-mail: Sebastian.Brady@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, *et al.*,**<br><br>                                  Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, *et al.*,**<br><br>                                  Defendants. | 3:23-cv-00793-AGS(AHG)<br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT STATEMENT OF UNDISPUTED FACTS**<br><br>Courtroom: 5C<br>Judge:      Hon. Andrew G. Schopler<br>Action Filed: May 1, 2023 |

     Plaintiffs Alisha Curtin, *et al.*, and Defendants Rob Bonta, *et al.*, respectfully submit this Joint Statement of Undisputed Facts pursuant to the Honorable Andrew G. Schopler's Civil Chambers Rules.

# JOINT STATEMENT OF UNDISPUTED FACTS[1]

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| | **Plaintiffs** | |
| 1 | Plaintiff Alisha Curtin, an individual, currently resides in San Diego County, California. | Curtin Decl. ¶ 2, ECF No. 21-2. |
| 2 | Plaintiff Curtin possesses 10 firearms, all of which are listed on her Carry Concealed Weapons (CCW) permit. | Curtin Decl. ¶ 2, ECF No. 21-2.<br><br>Curtin Dep., 31:18-23, 38:19-20, Brady Decl. Ex. 3, ECF No. 22-2. |
| 3 | Plaintiff Curtin is a member of Plaintiff San Diego County Gun Owners PAC, Plaintiff California Gun Rights Foundation, Plaintiff Firearms Policy Coalition, and Plaintiff Second Amendment Foundation. | Curtin Decl. ¶ 3, ECF No. 21-2. |
| 4 | Plaintiff Curtin has been a customer of Plaintiff North County Shooting Center and Plaintiff Poway Weapons and Gear. | Curtin Decl. ¶ 3, ECF No. 21-2. |
| 5 | Plaintiff Curtin desires and intends to apply for the transfer of additional firearms in the future. | Curtin Decl. ¶ 5, ECF No. 21-2. |
| 6 | Plaintiff Michael Schwartz, an individual, currently resides in San Diego County, California. | Schwartz Decl. ¶ 2, ECF No. 21-4. |
| 7 | Plaintiff Schwartz possesses at least 10 firearms, two of which are listed on his CCW permit. | Schwartz Decl. ¶ 2, ECF No. 21-4.<br><br>Schwartz Special Interrog. Resp. at 14, Brady Decl. Ex. 1, ECF No. 22-2. |

---

[1] The parties' recitation of these undisputed adjudicative facts does not preclude the parties or the Court from relying on legislative facts not listed herein—including those established elsewhere in the record—nor does the exclusion of such legislative facts from this statement indicate that they are disputed. *See generally* Fed. R. Evid. 201, advis. comm. note (1972 proposed rules) (describing distinction between adjudicative and legislative facts).

| | | |
|---|---|---|
| | | Schwartz Dep., 62-64, Brady Decl. Ex. 2, ECF No. 22-2. |
| 8 | Plaintiff Schwartz is a member of Plaintiff San Diego County Gun Owners PAC, Plaintiff California Gun Rights Foundation, Plaintiff Firearms Policy Coalition, and Plaintiff Second Amendment Foundation. | Schwartz Decl. ¶ 3, ECF No. 21-4. |
| 9 | Plaintiff Schwartz has been a customer of Plaintiff North County Shooting Center and Plaintiff Poway Weapons and Gear | Schwartz Decl. ¶ 3, ECF No. 21-4. |
| 10 | Plaintiff Schwartz desires and intends to apply for the transfer of additional firearms in the future. | Schwartz Decl. ¶ 6, ECF No. 21-4. |
| 11 | Plaintiff Dakota Adelphia, an individual, is currently a resident of San Diego County, California. | Adelphia Decl. ¶ 2, ECF No. 21-3. |
| 12 | Plaintiff Adelphia currently possesses six guns, two of which are listed on her CCW permit. | Adelphia Special Interrog. Resp. at 15, Brady Decl. Ex. 4, ECF No. 22-2.<br><br>Adelphia Dep., 20:19-20, Brady Decl. Ex. 5, ECF No. 22-2. |
| 13 | Plaintiff Adelphia is a member of Plaintiff San Diego County Gun Owners PAC, Plaintiff California Gun Rights Foundation, Plaintiff Firearms Policy Coalition, and Plaintiff Second Amendment Foundation. | Adelphia Decl. ¶ 3, ECF No. 21-3. |
| 14 | Plaintiff Adelphia has been a customer of Plaintiff North County Shooting Center and Plaintiff Poway Weapons and Gear | Adelphia Decl. ¶ 3, ECF No. 21-3. |
| 15 | Plaintiff Adelphia desires and intends to apply for the transfer of additional firearms in the future. | Adelphia Decl. ¶ 8, ECF No. 21-3. |

| 16 | Plaintiff North County Shooting Center, Inc. (NCSC) is a licensed firearms retailer, shooting range in San Marcos, California. | Prince Decl. ¶ 2, ECF No. 21-5. |
|---|---|---|
| 17 | Plaintiff Darin Prince, an individual, is a founder of NCSC and is an individual licensee associated with NCSC. | Prince Decl. ¶ 2, ECF No. 21-5. |
| 18 | Plaintiff NCSC has customers whose firearm purchases are subject to California's Waiting Period Laws. | Prince Decl. ¶ 4, ECF No. 21-5. |
| 19 | Plaintiff PWGG, L.P. (PWG), doing business as Poway Weapons & Gear and PWG Range, is a licensed firearms dealer in Poway, California. | Phillips Decl. ¶ 2, ECF No. 21-6. |
| 20 | Plaintiff John Phillips, an individual, is the president and founder of Plaintiff PWG and is an individual licensee associated with PWG. | Phillips Decl. ¶ 2, ECF No. 21-6. |
| 21 | Plaintiff PWG has customers whose firearm purchases are subject to California's Waiting Period Laws. | Phillips Decl. ¶ 4, ECF No. 21-6. |
| **Waiting Period Laws** | | |
| 22 | California has had a waiting period for firearm purchases since 1923. | 1923 Cal. Laws 695, 701. |
| 23 | Today, California law prohibits firearm dealers from delivering a firearm to a purchaser within 10 days of the purchaser's submission of their application to purchase the firearm. | Cal. Penal Code § 26815(a).<br><br>Cal. Penal Code § 27540(a). |
| 24 | The current 10-day waiting period was enacted to allow time for background checks and to provide a cooling off period. | Cal. S. Comm. on Crim. Pro., 17 S. B. 671, 1995–96 Reg. Sess. 2099-0051 (Cal. 1995). |
| **Background Check Procedure** | | |
| 25 | A California firearms background check begins when a California firearms dealer electronically submits to the California Department of | Lin Decl. ¶ 4, ECF No. 22-3. |

| | | |
|---|---|---|
| | Justice (DOJ) a Dealer Record of Sale (DROS) through the DROS Entry System (DES). | |
| 26 | The DROS System allows DOJ employees to view DROSs and enter determinations for each DROS submitted through DES. | Lin Decl. ¶ 4, ECF No. 22-3. |
| 27 | Upon DOJ's receipt of a DROS, an automated process called the Basic Firearms Eligibility Check (BFEC) checks the purchaser's information against DMV records and against various California and federal databases. | Lin Decl. ¶¶ 6, 8-9, ECF No. 22-3. |
| 28 | If the purchaser's name and date of birth in the DROS does not precisely match or closely resemble any records in the non-DMV state or federal databases queried in the BFEC process, the DROS is "auto-approved" and no further manual review is required by DOJ staff. | Lin Decl. ¶¶ 10-11, ECF No. 22-3. |
| 29 | Where a DROS is auto-approved, the dealer is notified of the approval after 10 24-hour periods have passed from the submission of the initial DROS application. | Lin Decl. ¶ 12, ECF No. 22-3. |
| 30 | Unless the auto-approved DROS applicant is exempt from the waiting period, the dealer does not have the ability to mark the firearm as "Delivered" until 10 24-hour periods have passed from the submission date. | Lin Decl. ¶ 12, ECF No. 22-3. |
| 31 | Currently, approximately 15% of DROSs are auto-approved and do not require manual review by DOJ staff. | Lin Decl. ¶ 11, ECF No. 22-3.<br><br>Duvernay Decl. ¶ 4, ECF No. 21-7. |
| 32 | Where the purchaser's name and date of birth in the DROS do precisely match or closely resemble any | Lin Decl. ¶ 10, ECF No. 22-3. |

| | | |
|---|---|---|
| | records in the non-DMV state or federal databases queried in the BFEC process, the information is compiled and transmitted to a DOJ employee for manual review of the purchaser's eligibility. | |
| 33 | As part of the manual review, DOJ employees review the records generated by the BFEC queries to determine whether a firearms prohibition under either state or federal law applies. | Lin Decl. ¶ 15, ECF No. 22-3. |
| 34 | Depending on the circumstances, DOJ employees may also need to consult records from other states, as well as military, mental health, and immigration records. | Lin Decl. ¶¶ 15, 17-20, ECF No. 22-3. |
| 35 | If the records matched during the BFEC indicate the purchaser is not prohibited from purchasing or possessing a firearm, the DROS is approved. | Lin Decl. ¶ 16, ECF No. 22-3. |
| 36 | If the records matched during the BFEC indicate the purchaser is prohibited from purchasing or possessing a firearm, the DROS is denied. | Lin Decl. ¶ 16, ECF No. 22-3. |

| | | |
|---|---|---|
| 1 | Dated: November 8, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>PAUL STEIN |
| 4 | | Supervising Deputy Attorneys General |

*/s Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms*

Dated: November 8, 2024         Respectfully submitted,

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK

*/s Stephen M. Duvernay*
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **_Richards, Claire, et al. v. Rob Bonta, et al._** | Case No. | **3:23-cv-00793-AGS-AHG** |

I hereby certify that on <u>November 8, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFFS' AND DEFENDANTS' JOINT STATEMENT OF UNDISPUTED FACTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 8, 2024</u>, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | _/s/ M. Mendiola_ |
| Declarant | Signature |

SA2023302579