ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, et al.,**<br><br>Defendants. | 3:23-cv-00793-LAB-AHG<br><br>**JOINT MOTION TO VACATE DEADLINES AND DIRECT PARTIES TO FILE JOINT STATUS REPORT**<br><br>Judge:    The Honorable Andrew G. Schopler<br>Trial Date:    n/a<br>Action Filed:    May 1, 2023 |

Plaintiffs and Defendants hereby jointly move this Court for an order (1) vacating the pending deadlines on the parties' renewed Cross-Motions for Summary Judgment, and (2) directing the parties to file a joint status report no later than 15 days after the resolution of the impending petition for rehearing en banc in *Yukutake v. Lopez*, No. 21-16756 (9th Cir.).

The parties have met and conferred about this request, consent to this request, and agree that good cause exists for the granting of this request. In support of this Joint Motion, both parties state as follows:

1. Plaintiffs filed a Motion for Summary Judgment on July 26, 2024, ECF No. 21, and Defendants filed a Cross-Motion for Summary Judgment on August 23, 2024, ECF No. 22. The parties completed briefing their cross-motions on November 8, 2024, ECF No. 27, and the Court took the cross-motions under submission on November 13, 2024, ECF No. 28.

2. On March 14, 2025, the Ninth Circuit issued its decision in *Yukutake v. Lopez*, No. 21-16756, --- F.4th ----, 2025 WL 815429 (9th Cir. March 14, 2025).

3. On March 15, 2025, this Court denied without prejudice the parties' cross-motions in light of *Yukutake* and provided that "the parties may refile their motions to incorporate the Ninth Circuit's recent decision" by April 25, 2025. ECF No. 31.

4. Plaintiffs' counsel and Defendants' counsel are both appearing for a hearing on cross-motions for summary judgment in San Diego Superior Court on April 25, 2025, in *Barba v. Bonta*, No. 37-2022-00003676-CU-CR-CTL. They will consequently be preparing for this hearing in the period leading up to this Court's April 25, 2025 deadline for re-filing cross-motions.

5. Additionally, the defendant in *Yukutake*—Hawaiʻi's Attorney General—has indicated that she plans to file a petition for panel rehearing and/or rehearing en banc in response to the *Yukutake* decision. Emergency Mot., *Yukutake v. Lopez*, No. 21-16756 (9th Cir.), ECF No. 106-1. The petition is currently due April 11, 2025. Ord., *Yukutake v. Lopez*, No. 21-16756 (9th Cir.), ECF No. 107 (granting motion for extension to April 11, 2025).

6. *Yukutake* was a split decision, with a majority opinion, a partial concurrence, and a dissent. In light of the possibility that Hawaiʻi's forthcoming petition for rehearing en banc will be granted, the parties agree that it would be in the interests of both judicial economy and preserving the parties' resources to pause

temporarily briefing on their renewed cross-motions for summary judgment while the Ninth Circuit resolves the *Yukutake* en banc petition because the panel decision will be vacated if rehearing is granted. *See* Fed. R. App. P. 40(b)(2), (c); Ninth Cir. Advis. Comm. Note to Rules 40-2–40-3.

    8. The parties therefore ask this Court to vacate the current briefing deadlines and direct the parties to submit a joint status report no later than 15 days after the resolution of the *Yukutake* en banc petition proposing appropriate next steps in light of the disposition of the petition.

Dated: April 3, 2025　　　　　　　　　　Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
Deputy Attorney General

　　/s/ Sebastian Brady
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

Dated: April 3, 2025　　　　　　　　　　Respectfully submitted,

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK

　　/s/ Stephen M. Duvernay
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Richards, Claire, et al. v. Rob Bonta, et al.** | Case No. | **3:23-cv-00793-LAB-AHG** |

I hereby certify that on <u>April 3, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION TO VACATE DEADLINES AND DIRECT PARTIES TO FILE JOINT STATUS REPORT**
2. **[PROPOSED] ORDER VACATING PENDING DEADLINES AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 3, 2025</u>, at San Francisco, California.

| | |
|---|---|
| M. Mendiola | *[signature]* |
| Declarant | Signature |

SA2023302579