ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
ROBERT L. MEYERHOFF
SEBASTIAN BRADY
Deputy Attorneys General
State Bar No. 330904
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3592
  Fax:  (415) 703-5480
  E-mail:  Sebastian.Brady@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of the
State of California, and Defendant Allison
Mendoza in her official capacity as Director
of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, et al.,** | 3:23-cv-00793-LAB-AHG |
| Plaintiffs, | **[PROPOSED] ORDER VACATING PENDING DEADLINES AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of California, et al.,** | Judge:          The Honorable Andrew G. Schopler |
| Defendants. | Trial Date:    n/a |
| | Action Filed:  May 1, 2023 |

The Court hereby grants the parties' Joint Motion to Vacate Deadlines and Direct Parties to File Joint Status Report (ECF No. 32). In accordance with the Joint Motion, the Court ORDERS that:

(1) The deadlines for filing renewed cross-motions for summary judgment that this Court set by minute order on March 15, 2025, (ECF No. 31) are VACATED; and

1

1        (2) The parties are DIRECTED to file a joint status report proposing

2            appropriate next steps in this matter no later than 15 days after the

3            resolution of the petition for rehearing en banc in *Yukutake v. Lopez*, No.

4            21-16756 (9th Cir.).

5

6    Dated:

7                                  HON. ANDREW G. SCHOPLER
                                UNITED STATES DISTRICT JUDGE