| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | MARK R. BECKINGTON |
| | PAUL STEIN |
| 3 | Supervising Deputy Attorneys General |
| | ROBERT L. MEYERHOFF |
| 4 | SEBASTIAN BRADY |
| | Deputy Attorneys General |
| 5 | State Bar No. 330904 |
| |   455 Golden Gate Avenue, Suite 11000 |
| 6 |   San Francisco, CA 94102-7004 |
| |   Telephone: (415) 510-3592 |
| 7 |   Fax: (415) 703-5480 |
| |   E-mail: Sebastian.Brady@doj.ca.gov |
| 8 | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, *et al.*,** | 3:23-cv-00793-AGS-AHG |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | Judge: The Honorable Andrew G. Schopler |
| **ROB BONTA, in his official capacity as Attorney General of California, *et al.*,** | Trial Date: n/a |
| | Action Filed: May 1, 2023 |
| Defendants. | |

    Plaintiffs and Defendants hereby submit this Joint Status Report in accordance with this Court's April 4, 2025 Order. ECF No. 33. The parties have met and conferred about this Report and agree on its content, and jointly state as follows:

    1. Plaintiffs filed a Motion for Summary Judgment on July 26, 2024, ECF No. 21, and Defendants filed a Cross-Motion for Summary Judgment on August 23, 2024, ECF No. 22. The parties completed briefing their cross-motions on

1

November 8, 2024, ECF No. 27, and the Court took the cross-motions under submission on November 13, 2024, ECF No. 28.

2. On March 14, 2025, the Ninth Circuit issued its decision in *Yukutake v. Lopez*, 130 F.4th 1077 (9th Cir. 2025).

3. On March 15, 2025, this Court denied without prejudice the parties' cross-motions in light of *Yukutake* and provided that "the parties may refile their motions to incorporate the Ninth Circuit's recent decision" by April 25, 2025. ECF No. 31.

4. In light of an impending petition for panel rehearing and/or rehearing en banc in *Yukutake*, the parties jointly moved this Court to vacate the deadlines for refiling their cross-motions and to order the parties to file a joint status report proposing appropriate next steps 15 days after the resolution of that petition. ECF No. 32.

5. This Court granted the parties' joint motion on April 4, 2025 and directed the parties to file a joint status report 15 days after the resolution of the *Yukutake* petition. ECF No. 33.

6. On July 28, 2025, the Ninth Circuit ordered that *Yukutake* be reheard en banc and accordingly vacated the panel opinion. *Yukutake v. Lopez*, No. 21-16756, 2025 WL 2102541, at *1 (9th Cir. July 28, 2025); *see* Ninth Cir. Advis. Comm. Note to Rules 40-2–40-3.

7. The parties agree that it would be in the interests of both judicial economy and preserving the parties' resources to pause temporarily briefing on their renewed cross-motions for summary judgment while the en banc Ninth Circuit resolves the *Yukutake* matter.

8. The parties therefore submit that the appropriate course is for this Court to order the parties to submit a joint status report no later than 15 days after the en banc Ninth Circuit's resolution of the *Yukutake* matter proposing appropriate next steps in light of the disposition of the matter.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 4, 2025 | Respectfully submitted, |
| 3 | | ROB BONTA<br>Attorney General of California |
| 4 | | MARK R. BECKINGTON<br>PAUL STEIN |
| 5 | | Supervising Deputy Attorneys General<br>ROBERT L. MEYERHOFF |
| 6 | | Deputy Attorney General |

*/s/ Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms*

Dated: August 4, 2025                    Respectfully submitted,

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK

*/s/ Stephen M. Duvernay*
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name: **_Richards, Claire, et al. v. Rob Bonta, et al._**    Case No.: **3:23-cv-00793-AGS-AHG**

I hereby certify that on <u>August 4, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 4, 2025</u>, at San Francisco, California.

M. Mendiola
Declarant

_/s/ M. Mendiola_
Signature

SA2023302579