ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General
SEBASTIAN BRADY
Deputy Attorney General
State Bar No. 330904
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3592
Fax: (415) 703-5480
E-mail: Sebastian.Brady@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, *et al.*,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California, *et al.*,**<br>Defendants. | 3:23-cv-00793-AGS(AHG)<br>**JOINT STATUS REPORT**<br>Judge: The Honorable Andrew G. Schopler<br>Trial Date: n/a<br>Action Filed: May 1, 2023 |

Plaintiffs and Defendants hereby submit this Joint Status Report in accordance with this Court's September 22, 2026 Order. ECF No. 36. The parties have met and conferred about this Report and agree on its content, and jointly state as follows:

1. Plaintiffs filed a Motion for Summary Judgment on July 26, 2024, ECF No. 21, and Defendants filed a Cross-Motion for Summary Judgment on August 23, 2024, ECF No. 22. The parties completed briefing their cross-motions on

November 8, 2024, ECF No. 27, and the Court took the cross-motions under submission on November 13, 2024, ECF No. 28.

2. On March 14, 2025, the Ninth Circuit issued its decision in *Yukutake v. Lopez*, 130 F.4th 1077 (9th Cir. 2025).

3. On March 15, 2025, this Court denied without prejudice the parties' cross-motions in light of *Yukutake* and provided that "the parties may refile their motions to incorporate the Ninth Circuit's recent decision" by April 25, 2025. ECF No. 31.

4. In light of an impending petition for panel rehearing and/or rehearing en banc in *Yukutake*, the parties jointly moved this Court to vacate the deadlines for refiling their cross-motions and to order the parties to file a joint status report proposing appropriate next steps 15 days after the resolution of that petition. ECF No. 32.

5. This Court granted the parties' joint motion on April 4, 2025 and directed the parties to file a joint status report 15 days after the resolution of the *Yukutake* petition. ECF No. 33.

6. On July 28, 2025, the Ninth Circuit ordered that *Yukutake* be reheard en banc and accordingly vacated the panel opinion. *Yukutake v. Lopez*, No. 21-16756, 2025 WL 2102541, at *1 (9th Cir. July 28, 2025); *see* Ninth Cir. Advis. Comm. Note to Rules 40-2–40-3.

7. In light of this order, the parties jointly proposed staying this matter pending the resolution of the *Yukutake* en banc proceeding. ECF No. 34.

8. This Court then stayed this matter "until the [*Yukutake*] en banc panel issues a decision" and directed the parties to file a joint status report after that decision. ECF No. 35.

9. On September 22, 2026, the Ninth Circuit issued its decision in *Yukutake*. *See* *Yukutake v. Lopez*, No. 21-16756, --- F.4th ----, 2026 WL 2834831 (9th Cir. Sept. 22, 2026) (en banc).

10. This Court ordered the parties to submit a joint status report by September 29, 2026 in light of that decision. ECF No. 36.

11. Counsel for plaintiffs in *Yukutake* has indicated that he will file a petition for certiorari seeking U.S. Supreme Court review of the Ninth Circuit's decision in *Yukutake*. *See* Alan Riquelmy, *Ninth Circuit Finds Lower Court Missed the Mark in Hawaii Firearms Regulation Case*, Courthouse News Service (Sept. 22, 2026).[1]

12. The parties have met and conferred and agree that it would be in the interests of both judicial economy and preserving the parties' resources to pause temporarily briefing on their renewed cross-motions for summary judgment pending resolution of this forthcoming petition.

13. The parties therefore submit that the appropriate course is for this Court to order the parties to submit a joint status report proposing appropriate next steps no later than 15 days after either the resolution of the forthcoming petition for certiorari in *Yukutake* or, should the *Yukutake* plaintiffs elect not to file such a petition, the passage of the deadline for filing such a petition, which is December 21, 2026. *See* Sup. Ct. R. 13.

//

//

//

//

//

//

//

//

//

[1] Available at https://www.courthousenews.com/ninth-circuit-finds-lower-court-missed-the-mark-in-hawaii-firearms-regulation-case/.

Dated: September 29, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
PAUL STEIN
Supervising Deputy Attorneys General

*/s/ Sebastian Brady*
SEBASTIAN BRADY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Bureau of Firearms*

Dated: September 29, 2026

Respectfully submitted,

BENBROOK LAW GROUP, P.C.
BRADLEY A. BENBROOK

*/s/ Stephen M. Duvernay*
STEPHEN M. DUVERNAY
*Attorneys for Plaintiffs*