ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOSHUA N. SONDHEIMER
Deputy Attorney General
State Bar No. 152000
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4420
Fax: (415) 703-5480
E-mail: Joshua.Sondheimer@doj.ca.gov
*Attorneys for Defendants Defendant Rob Bonta in his official capacity as Attorney General of California and Allison Mendoza in her official capacity as Director of the Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE RICHARDS, ET AL.,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, ET AL.,**<br>Defendants. | 3:23-cv-00793-LAB-AHG<br>**NOTICE OF REASSIGNMENT OF COUNSEL FOR DEFENDANTS AND NOTICE OF APPEARANCE** |

**TO THE COURT, PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, representation of Defendants Rob Bonta, in his official capacity as Attorney General of California, and Allison Mendoza in her official capacity as Director of the Bureau of Firearms Director, California Department of Justice, in this matter has been reassigned within the Office of the Attorney General of California to Deputy Attorney General Joshua

Sondheimer, who hereby appears as counsel for Defendants. Mr. Sondheimer is a member in good standing of the State Bar of California and is admitted to practice in this Court. Mr. Sondheimer's address and contact information are provided on the caption page above.

Former Deputy Attorney General Robert L. Meyerhoff and Deputy Attorney General Sebastian Brady are no longer assigned to this matter and may be removed as counsel of record and from any service lists.

Dated: November 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ *Joshua Sondheimer*
JOSHUA N. SONDHEIMER
Deputy Attorney General
*Attorneys for Defendants*

SA2023302579
45473517.docx

# CERTIFICATE OF SERVICE

Case Name: ***Richards, Claire, et al. v. Rob Bonta, et al.***
Case No. **3:23-cv-00793-LAB-AHG**

I hereby certify that on November 17, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REASSIGNMENT OF COUNSEL FOR DEFENDANTS AND NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 17, 2026, at San Francisco, California.

| | |
|---|---|
| B. Chung | [signature] |
| Declarant | Signature |

SA2023302579
45486779.docx